AO 455 (Rev. 5/85) Waiver of Indictment

FILED
JUL - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

THERESA ANN SALINAS

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR 2239-JLS

I, THERESA ANN SALINAS, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on July 3, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Theresa A. Salinas
Defendant

Defense Counsel

Before
Judicial Officer